```
            UNITED STATES  DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA
```

**ALONZO CHATMAN**                                      **CIVIL ACTION**

**VERSUS**                                              **NO. 06-5965**

**NEW ORLEANS POLICE DEPARTMENT, ET AL.**               **SECTION:"B"(1)**

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41 of the Federal Rules of Civil Procedure for failure to prosecute.

New Orleans, Louisiana, this 22nd day of February, 2007.


                                    _____
                                    UNITED STATES DISTRICT JUDGE